## 122 A.3d 1036

**In re Appointment of a Receiver for the CHESTER UPLAND SCHOOL DISTRICT.**

**Petition of Chester Community Charter School.**

Supreme Court of Pennsylvania.

Sept. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of September, 2015, the Application for Leave to File Reply in Further Support of Emergency Application for Extraordinary Relief is **GRANTED,** and the Emergency Application for Extraordinary Relief is **DENIED.** Furthermore, the Application of Amicus Curiae for Leave of Court to File Memorandum of Law in Support of Emergency Application for Extraordinary Relief is **DENIED.**